D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone: (415) 404-6615
Facsimile:  (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHER DISTRICT OF CALIFORNIA

TOMAS PELHRIMOVSKY, VLADAMIR CIKKEL, LUKAS GOMBIK, JAKUB JIRSAK, DANIEL FERENCIK, SEBASTIAN FIALA, and MAREK HRABAL

      **Plaintiffs,**

  v.

M. STEVENS,

      **Defendant.**

CASE No.:

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

## INTRODUCTION

1.    Plaintiffs are foreign individuals each of whom is the owner of copyrights in various photographic images.

2.    Defendant, without permission from Plaintiffs, published the photographic works on the website http://belamigossip.blogspot.com.

-1-

3. Pursuant to the provisions of 17 U.S.C. 512, through a common agent, the individual Plaintiffs sent a notification of copyright infringement to Google, Inc. who is the Internet service provider (ISP) that serves as the host for blogspot.com. As host for blogspot.com, Google, Inc. provided Defendant with the computer servers upon which the infringing copies of the photographs resided and from which Defendant made the infringing copies available to the public.

4. In response to Plaintiffs' notice, Google, Inc. removed or blocked access to the infringing photographs.

5. Defendant STEVENS sent Google, Inc. a counter notification stating his belief that the material was removed or disabled in error as a result of mistake or misidentification of the material.

6. Plaintiffs file this action for damages and injunctive relief.

**THE PARTIES**

7. Plaintiff TOMAS PELHRIMOVSKY is an individual residing in Ostrava in the Czech Republic.

8. Plaintiff VLADAMIR CIKKEL is an individual residing in Spišská Nová Ves in the Slovak Republic.

9. Plaintiff LUKAS GOMBIK is an individual residing in Praha in the Czech Republic.

10. Plaintiff JAKUB JIRSAK is an individual residing in Praha in the Czech Republic.

11. Plaintiff DANIEL FERENCIK is an individual residing in Bratislava, in the Slovak Republic.

12. Plaintiff SEBASTIAN FIALA is an individual residing in Praha in the Czech Republic.

13. Plaintiff MAREK HRABAL is an individual residing in Frydek Mystek in the Czech Republic.

14. Defendant M. STEVENS is an individual who claims in his counter notification to reside in London, England.

## JURISDICTION

15. This Court has subject matter jurisdiction over Plaintiffs' claims under the Copyright Act pursuant to 17 U.S.C. §§ 101, *et. seq.,* and 28 U.S.C. §§ 1331 and 1338(a).

16. The Court has personal jurisdiction over Defendant as the servers hosting and distributing the infringing photographs is located in this District and Defendant, in his counter notification, consented to the jurisdiction of this Court.

## VENUE

17. Venue is proper in this Court pursuant to 28 U.S.C. §1391 and 28 U.S.C. §1400. Defendant may be sued in any district in which he resides or may be found. 28 U.S.C. 1400(a). Because he is subject to personal jurisdiction in the Northern District of California, he may "be found" in this District.

## INTRA-DISTRICT ASSIGNMENT

18. Since this action is based in copyright, it may be assigned to any of the three divisions of the District Court for the Northern District of California.

# CLAIM

## (Copyright Infringement – 17 U.S.C. § 101 ET SEQ.)

19. Plaintiff repeats and incorporates by this reference each and every allegation set forth in the previous paragraphs as if set forth fully herein.

20. Plaintiffs are informed and believe and based thereon allege that Defendant M. STEVENS operates the website at http://belamigossip.blogspot.com.

21. Each Plaintiff was involved in the creation of various photographs and owns the copyrights to one or more of the photographs that Defendant copied from other Internet locations and published on his website at the following locations:

  a. Plaintiff Sebastian Fiala holds the copyrights to the image(s) posted at http://belamigossip.blogspot.com/2014/01/tom-pollock-on-google.html;

  b. Plaintiff Jakub Jirsak holds the copyrights to the image(s) posted at http://belamigossip.blogspot.com/2014/05/claude-sorel-and-girlfriend.html;

  c. Plaintiff Marek Hraba holds the copyrights to the image(s) posted at http://belamigossip.blogspot.com/2014/05/jack-harrer-having-fun.html;

  d. Plaintiff Vladamir Cikkel holds the copyrights to the image(s) posted at http://belamigossip.blogspot.com/2014/05/jamie-durrell-on-facebook.html;

  e. Plaintiff Tomas Pelhrimovsky holds the copyrights to the image(s) posted at http://belamigossip.blogspot.com/2014/05/jean-daniel-chagall-and-baby.html;

  f. Plaintiff Daniel Ferencik holds the copyrights to the image(s) posted at http://belamigossip.blogspot.com/2014/05/johan-paulik-new-facebook-photo.html; and

g. Plaintiff Lukas Gombik holds the copyrights to the image(s) posted at http://belamigossip.blogspot.com/2014/05/kevin-warhol-and-girlfriend-in-south.html and http://belamigossip.blogspot.com/2014/05/kevin-warhol-on-facebook.html.

22. Defendant STEVENS copied each of the above referenced photographs, either individually or as part of an entire webpage and distributed the photographs by and through the above referenced urls, without obtaining the permission of the Plaintiffs as copyright owners.

## JURY DEMAND

23. Plaintiff hereby demands a jury trial in this case.

## PRAYER

WHEREFORE, Plaintiff respectfully requests judgment as follows:

(1) that the Court enter a judgment against Defendant that he has willfully infringed Plaintiffs' copyrights under 17 U.S.C. § 501,

(2) that the Court issue injunctive relief against Defendant, and that Defendant, his agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with him, be enjoined and restrained from copying, posting or making any other infringing use or infringing distribution of Plaintiffs' photographs;

(3) that the Court enter an order of impoundment pursuant to 17 U.S.C. §§ 503 and 509(a) impounding all infringing copies of Plaintiffs' photographs which are in Defendant's possession or under his control;

(4) That the Court order Defendant to pay Plaintiffs' damages and Defendant's profits pursuant to 17 U.S.C. § 504(b); and

(5) that the Court grant to Plaintiffs such other and additional relief as is just and proper.

Dated: <u>September 30, 2014</u>          Respectfully Submitted,

by <u>*/s/ D. Gill Sperlein*</u>

D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorneys for Plaintiffs