D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone: (415) 404-6615
Facsimile:  (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE NORTER DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TOMAS PELHRIMOVSKY, VLADAMIR CIKKEL, LUKAS GOMBIK, JAKUB JIRSAK, DANIEL FERENCIK, SEBASTIAN FIALA, and MAREK HRABAL,<br><br>**Plaintiffs,**<br>    v.<br>M. STEVENS,<br><br>**Defendant.** | CASE №:  C-14-04400 MEJ<br><br>**PLAINTIFFS' STATUS REPORT** |

**INTRODUCTION**

On January 5, 2015, because no Case Management Conference Statement had been filed and because there was no indication that Plaintiffs had served the Defendant, the Court vacated the Case management Conference scheduled for January 8, 2015 and ordered Plaintiffs to file a status report. Dkt. No. 7.

Counsel for Plaintiff apologizes to the Court for failing to inform it that indeed Plaintiffs had not yet served the Defendant.

-1-
[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO TAKE EARLY DISCOVERY
C-14-04400 (MEJ)

## PROCEDURAL AND FACTUAL HISTORY

Concurrent with the filing of this Status Report, Plaintiffs file an Administrative Request for Leave to Take Early Discovery and an accompanying Declaration of Support from Plaintiffs' Counsel.  The discovery is required in order to identify the true and complete name and address of the Defendant.

In order to demonstrate that Plaintiffs are taking measures to serve the Defendant, Plaintiffs provide the following information.

On 9/30/14 Plaintiffs filed the Complaint.  Plaintiffs' Counsel immediately sent a copy of the Complaint to Goggle, Inc. that Google provide the e-mail address used to communicate with the Defendant.  Declaration of D. Gill Sperlein in Support of Plaintiffs' Administrative Request for Leave to Take Early Discovery (hereinafter Sperlein Decl.) at ¶7.

Having received no further information from Google, Inc., on 10/28/2014, Plaintiffs counsel sent by mail and e-mail a copy of the Summons, Complaint, Notice of Lawsuit, and Request to Waive Service of Process.  *Id*. at ¶8; Ex B.  Since the Defendant is believed to be located outside the United States, he or she is permitted 60 days (Saturday, December 27, 2014advanced to Monday 12/29/2014) to return the Waiver.  Because the cost on International service of process is very high, Plaintiffs were waiting for that date to pass before taking further action.

On 10/30/2014, Plaintiffs' Counsel received an e-mail received an e-mail from Mark Lothan, Practice Coordinator for Allen & Overy LLP a law firm occupying the address defendant provided in the counter notification.  Mr. Lothan explained that there was no one named M. Stevens at that address.  *Id*. at ¶9; Ex. C.

On November 11/14/2014, Plaintiffs' Counsel received a e-mail from a person who referred to himself as Oliver James Thompson.  Mr. Thompson claimed that he was contacting Mr. Sperlein on behalf of M. Stevens and requested various documents to support Plaintiffs' claims.  Mr.

Thompson's e-mail address was a g-mail address and he did not provide any other contact information. He also did not explain the nature of his relationship with the defendant. *Id*. at ¶10 Ex. D.

On 11/14/2014, Plaintiffs' Counsel replied to the Mr. Thompson's e-mail, requesting that M. Stevens execute a waiver of service of process, notifying him that Mr Sperlein was skeptical as to any information he had received from Mr. Thompson or Mr. Stevens and that Plaintiffs would seek leave to take early discovery if a waiver of service of process was not forthcoming. *Id*. ¶11; Ex E

On 12/2/2014, Mr. Thompson contacted Plaintiffs' Counsel informing him that he was instructing M. Stevens to "close the case." *Id*. ¶12; Ex F

On 1/7/2015, after receiving the Courts' Order to file a Status Report, Plaintiffs counsel again contacted Mr. Stevens and Mr. Oliver via e-mail and requested that they identify the name and address of the operator of belamigossip.blogspot.com, but received no response. *Id*. at ¶13.

Once the Defendant is identified and his address ascertained, Plaintiffs will determine the proper course of action and proceed with litigation.

Dated: *January 14, 2015*          Respectfully Submitted,

                                   by */s/ D. Gill Sperlein*

                                   D. GILL SPERLEIN
                                   THE LAW OFFICE OF D. GILL SPERLEIN
                                   Attorneys for Plaintiffs