D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone: (415) 404-6615
Facsimile:  (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TOMAS PELHRIMOVSKY, VLADAMIR CIKKEL, LUKAS GOMBIK, JAKUB JIRSAK, DANIEL FERENCIK, SEBASTIAN FIALA, and MAREK HRABAL,<br><br>**Plaintiffs,**<br>v.<br>M. STEVENS,<br><br>**Defendant.** | CASE №:  C-14-04400 MEJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO TAKE EARLY DISCOVERY |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Miscellaneous Administrative Request Pursuant to Local Rule 7-11 for Leave to Take Discovery Prior to Rule 26 Conference and finding good cause therefore,

**IT IS HEREBY ORDERED,** that Plaintiffs are granted leave to take early discovery. Plaintiffs may immediately serve on Google, Inc. a subpoena to obtain identifying information for the Google subscriber who registered and operates the website located at the subdomain belamigossip.blogspot.com.  Plaintiffs' counsel shall issue the subpoena in substantially in the same

form as the example attached as Exhibit A to Plaintiffs' Miscellaneous Administrative Request for Leave to Take Discovery Prior to Rule 26 Conference;

**IT IS FURTHER ORDERED,** that Plaintiffs may subpoena Internet access providers controlling IP addresses from which the Google subscriber accessed belamigossip.blogspot.com in order to set up, access, or modify the website including and limited to the subscriber's name, address, telephone number, and e-mail addresses.

**IT IS FURTHER ORDERED,** that Google, Inc. or Internet access providers subpoenaed pursuant to this Order shall have twenty-one (21) days from the date they are served a copy of this order to respond to the subpoena in order that they may have sufficient time to provide notice to the subscriber whose information Plaintiffs seeks to obtain thereby; and

**IT IS FURTHER ORDERED,** that good faith attempts by Google, Inc. or Internet access providers to notify the subscriber shall constitute compliance with this Order.

Dated: January 20, 2015

_____
MAGISTRATE JUDGE MARIA-ELENA JAMES,
UNITED STATES DISTRICT COURT