UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS PELHRIMOVSKY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>M STEVENS,<br><br>        Defendant. | Case No.  14-cv-04400-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

     Plaintiffs have filed a request to continue the Case Management Conference in this case, currently scheduled for March 19, 2015.  Accordingly, **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on June 25, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

     **IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

     **IT IS SO ORDERED.**

Dated: March 13, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge