UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS PELHRIMOVSKY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> M STEVENS, <br><br> Defendant. | Case No. 14-cv-04400-MEJ <br><br> **ORDER TO SHOW CAUSE** |

On January 20, 2015, the Court granted Plaintiffs leave to take early discovery to identify the Defendant in this case. Dkt. No. 14. On March 12, 2015, Plaintiffs requested additional time to locate Defendant. Dkt. No. 16. They stated that the information provided in Google's subpoena response included the time date stamped IP address from which the operator of the blog made his infringing posts, and that they geo-located the IP addresses to a service provider in London. Plaintiffs stated that they would attempt to subpoena the subscriber's indentifying information from the service provider. The Court granted a further continuance, scheduling a Case Management Conference on June 25, 2015, and setting a June 18 deadline for a case management statement. Dkt. No. 17.

As there had been no further docket activity, the Court ordered Plaintiffs to file a status report by June 24, 2015. Dkt. No. 18. In their response, Plaintiffs stated they had attempted to obtain information informally without success. Dkt. No. 19. Plaintiffs expressed their intention to request a letter to the Queen's Bench Division of the High Court Ministry of Justice, requesting that an order be issued to the non party ISP to produce the required documents. Plaintiffs declared they would file the request by July 8, 2015, or file a voluntary dismissal without prejudice. Neither has been filed. Accordingly, the Court hereby ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.

Plaintiffs shall file a declaration by July 23, 2015.  No chambers copy is required.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on August 6, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby provided to Plaintiffs that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge