# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS PELHRIMOVSKY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>M STEVENS,<br><br>    Defendant. | Case No. 14-cv-04400-MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On July 10, 2015, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Having received Plaintiffs' response, the Order to Show Cause is DISCHARGED. Plaintiffs shall file an updated status order regarding service of process by September 17, 2015.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge