UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS PELHRIMOVSKY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>M STEVENS,<br><br>        Defendant. | Case No. 14-cv-04400-MEJ<br><br>**SECOND ORDER TO SHOW CAUSE** |

On January 20, 2015, the Court granted Plaintiffs leave to take early discovery to identify the Defendant in this case. Dkt. No. 14. Since that time, Plaintiffs have requested, and the Court has granted, several extensions to complete this initial discovery. Dkt. Nos. 18, 22, 24, 26, 28. However, Plaintiffs failed to file a status report by the most recent deadline of March 10, 2016. Dkt. No. 28. Accordingly, the Court hereby ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiffs shall file a declaration by March 24, 2016. No chambers copy is required. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on April 7, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiffs that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

      **IT IS SO ORDERED.**

Dated: March 14, 2016

                                                          _____
                                                          MARIA-ELENA JAMES
                                                          United States Magistrate Judge