D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiffs

**GRANTED**
*Judge Maria-Elena James*

# UNITED STATES DISTRICT COURT
## FOR THE NORTER DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TOMAS PELHRIMOVSKY, VLADAMIR CIKKEL, LUKAS GOMBIK, JAKUB JIRSAK, DANIEL FERENCIK, SEBASTIAN FIALA, and MAREK HRABAL<br><br>　　　　Plaintiffs,<br>　v.<br>M. STEVENS,<br>　　　　Defendant. | CASE №: C-14-04400 MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(i)) |

NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses this matter *without* prejudice.

Respectfully Submitted,

DATED: March 23, 2016

```
IT IS HEREBY ORDERED that this
case is dismissed without prejudice
and the Order to Show Cause is
DISCHARGED.
Dated: March 24, 2016
```

*/s/ D. Gill Sperlein*
_____
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorneys for Plaintiffs

-1-